UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED
June 04, 2020
David J. Bradley, Clerk of Court

ADR MEMORANDUM TO CLERK OF COURT

Jane Doe and John Doe
    Plaintiff(s)

DIVISION: Houston

V.

CIVIL ACTION NO.:
4:20-CV-000534

Holy See (Vatican City State), et al
    Defendant(s)

| | |
|---|---|
| ADR METHOD: | Mediation |
| TYPE OF CASE: | Clergy Sexual Abuse |

The case referred to ADR: SETTLED

Total fees and expenses paid by the Parties: $ 9,740.00

If no fees or expenses were charged, please check one of the following:

    NO ADR was necessary because case settled before the ADR Session _____
    By an Order of the Court _____
    By an Agreement with the parties _____

Please list names, addresses and telephone numbers of all parties and all counsel of record:
Plaintiffs:
Jane Doe (Address Unavailable)
John Doe (Address Unavailable)

Plaintiffs' Attorneys:
Felicia Y. Peavy   felepeavy@juno.com
P.O. Box 3464
Houston, TX 77253   Tel. 713.222.0205

Tahira Khan Merritt   tahira@tkmlawfirm.com
8499 Greenville Ave., Suite 206
Dallas, Tx   Tel. 214.503.7300

Defendants:
Holy See (Address Unavailable)

Defendants' Attorneys:
Kate Skagerberg   skagerberg@beckredden.com
Fields Alexander   falexander@beckredden.com
1221 McKinney St., Suite 4500
Houston, TX
Tel.: 713.951.3700

ADR Provider No.: SBN 14681500
Printed Name: Frank E. Murchison
Signature: s/Frank E. Murchison

Date: June 3, 2020